548 A.2d 545

**COMMONWEALTH of Pennsylvania**

**v.**

**Steven A. SCHANDELMEIER, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 30, 1988.
Decided Oct. 20, 1988.

Robert W. Lape, Jr., Roaring Spring, for appellant.

William J. Haberstroh, Dist. Atty., Darlee Sill, Keith A. Pesto, Asst. Dist. Attys., Hollidaysburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.